[No. 4753–II.  Division Two.  February 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY DAMEWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C–2186, Herbert E. Wieland, J., entered April 25, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J.

[No. 4929–II.  Division Two.  February 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STELLA REVAY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–542, John H. Kirkwood, J., entered July 18, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Swanson, JJ.

[No. 8614–6–I.  Division One.  February 8, 1982.]

RUDOLPH FREI, ET AL, *Respondents,* v. KENNETH D. BIDWELL, SR., *Defendant,* LEILA M. BIDWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 141761, Frank D. Howard, J., entered February 25, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Callow, J.